**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COREY LEGGETT,<br><br>    Defendant.<br><br>MEGAN PIVACEK, Petitioner. | 3:17-CR-095-MMD-WGC<br><br>**Order Granting the United States of America's Motion to Dismiss for Lack of Standing and Failure to State a Claim, and by Consent (ECF No. 103)** |

   Pending before the Court is the United States of America's Motion to Dismiss the Claim of Third-Party Ancillary Petitioner Megan Pivacek, ECF No. 99, for Lack of Standing and Failure to State a Claim, and by Consent, ECF No. 103. Pursuant to Fed. R. Crim. P. 32.2(c)(1)(A), and for the reasons stated in Motion to Dismiss, the Motion to Dismiss is GRANTED.

Dated: __June 8_____, 2020.

                                   _____
                                   HONORABLE MIRANDA M. DU
                                   UNITED STATES DISTRICT JUDGE